UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:
Miscellaneous Petition to
Substitute Counsel

## OMNIBUS MOTION TO SUBSTITUTE COUNSEL

Boleman Law Firm, P.C., states as follows:

1.      The attached list contains the cases before this Court in which Kathryn E.

Smits, Esquire ("Smits") is listed as an attorney of record. Smits became an attorney of

record in such cases while employed by the Boleman Law Firm, P.C. ("Boleman").

2.      Smits is no longer employed by Boleman, and Boleman requests that she

be removed as attorney of record on the cases listed on the attached list.

3.      Boleman's written contract with each client on the attached list clearly

states the Boleman Law Firm represents the said clients.  Further, the Statement of

Compensation filed in each case clearly states the attorney-client relationship exists

between Boleman and the client and clearly states that all attorneys employed by

Boleman collectively represent each client.

4.      Patrick T. Keith, Esquire, an attorney employed by Boleman, is currently

representing other of the firm's clients in this Division of the Court and should be

substituted as counsel for Smits.

Patrick T. Keith (VSB #48446)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

5.      Given that the nature of the representation between Boleman, its
attorneys, and the clients whose cases are listed on the attached list has been
previously disclosed in a clear and direct manner and agreed to by all parties, Boleman
requests that notice of this motion not be required and that Smits be removed as
counsel of record administratively by the Court.

6.      Additionally, Smits does not wish to continue receiving notices regarding
these cases and, accordingly, agrees to the requested substitution of counsel for
administrative convenience.

WHEREFORE, the Boleman Law Firm, P.C., moves to substitute Patrick T.
Keith, Esquire, of the Boleman Law Firm, P.C., as counsel of record in substitution of
Kathryn E. Smits, Esquire, in the cases on the attached list, and to direct that notice of
this motion is not required under the circumstances.

FOR BOLEMAN LAW FIRM, P.C.


/s/ Patrick T. Keith (VSB # 48446)
Patrick T. Keith (VSB #48446)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

SEEN AND AGREED:


/s/ Kathryn E. Smits (VSB# 77337)
Kathryn E. Smits

2

## Cases

| Case No. | Name |
| --- | --- |
| 07-30583-DOT | George Arthur DelConte and Rebecca Jayne DelConte |
| 07-31287-DOT | Alan Bland Drake and Pamela Jarratt Drake |
| 07-32724-KRH | Ronette La-Trisha Dyson |
| 07-32935-DOT | Paul Raymond Frankart and Crystal St. Claire Frankart |
| 07-33028-KRH | Jaime Hernandez and Yvette Dayanara Hernandez |
| 07-33038-KRH | Rita Ann Lee |
| 07-33657-DOT | John Edward Gerber |
| 07-34187-KRH | Arnold Walden Elkins and Brandy Leigh Elkins |
| 07-34193-DOT | Allison Elizabeth Sandlain |
| 07-34339-DOT | Daniel Lee Pettaway and Ericka Nicole Pettaway |
| 07-34578-DOT | William Melvin Stokes and Sherry Hunt Stokes |
| 07-34612-DOT | Stephen E. Clore and Linda M. Clore |
| 07-34624-KRH | William Wade Franklin and Denise Michelle Samantha Franklin |
| 07-34672-KRH | Mashelia Grandison Winfield |
| 07-34825-DOT | Cynthia Diane Brunson |
| 07-34967-KRH | Michael Scott Harris and Diana Moore Harris |
| 08-30060-DOT | Jason Michael Biscamp and Susan Jeanette Biscamp |
| 08-30063-DOT | David C. Albertson and Cindy W Albertson |
| 08-30502-KRH | Christopher M. Santora and Terri A. Santora |
| 08-30657-DOT | Alfred L. Massenburg |
| 08-30688-DOT | Linda Ann Kidd |
| 08-30852-DOT | Bernard Harold Smith and Robin Ann Smith |
| 08-31053-DOT | Erick Brown and Chanta Brown |
| 08-31127-DOT | Michael David Rozier and Darlene Nicole Rozier |
| 08-31641-DOT | James Millard Schmitt and Heather Lynn Schmitt |

| | |
|---|---|
| 08-31662-DOT | Edward Lewis and Christine Marie Lewis |
| 08-31768-DOT | Teressa Hope Randolph |
| 08-31778-KRH | Stacye Gustavus Doggett and Gail B. Doggett |
| 08-31812-KRH | Dana Barker Coates |
| 08-32103-KRH | Christopher Thomas Tiller and Eleanor Capocelli Tiller |
| 08-32234-KRH | Joseph Scott Adams and Kelly Dawn Adams |
| 08-32468-DOT | Jason Thomas Weakley and Ashley Blair Weakley |
| 08-32515-KRH | Miriam Smolkin |
| 08-32519-KRH | Garry Lee Burner and Karen Livine Burner |
| 08-32555-DOT | Edward R. Schuster and Kathleen L. Schuster |
| 08-32628-KRH | Timothy Oneal Mason and Olivia Censera Mason |
| 08-32756-DOT | Samir H. Alwaseai and Nabilah A.F. Sakr |
| 08-32771-DOT | Jermaine Lamont Crawley and Letitia Monique Crawley |
| 08-33055-KRH | Sharon McGinley Lewis |
| 08-33057-DOT | Sharonda Yvette Jenkins |
| 08-33308-DOT | John Woods, III |
| 08-33343-KRH | Ronald Wayne Hiteshew |
| 08-33345-DOT | David Wayne Grubbs and Mary Lisa Grubbs |
| 08-33452-DOT | Philomina Mammen |
| 08-33713-DOT | Mara Rose Evitts |
| 08-33717-KRH | Leona Earline Wright |
| 08-33726-KRH | Barbara Ann Trapp |
| 08-34197-DOT | Katina Maria Pritchett |
| 08-34264-DOT | Bradley Cullen Hudson and Sherry May Hudson |
| 08-34282-KRH | Jonnelle Greene Hargrove |
| 08-34678-KRH | Martha Ophelia Dobson |
| 08-34801-KRH | Jacqueline Yvette Bonilla |
| 08-34805-DOT | Randy Lee Gunn and Lori Suzanne Gunn |

4

| | |
|---|---|
| 08-34819-DOT | Janet D. LeBron |
| 08-34860-KRH | Eric Terrence Traynham and Leslie Lanea Traynham |
| 08-34931-KRH | Lakisha Denise Williams |
| 08-34996-KRH | Michael Frederick Payne and Lori Kirsten Payne |
| 08-35107-DOT | Valerie Yvette Bigger |
| 08-35148-KRH | Leticia Alberghetti Walton |
| 08-35245-DOT | Martha Romaine Williams |
| 08-35566-KRH | Berkeley Elaine Deane |
| 08-35764-DOT | Tiffany Siobhan Whitehead |
| 08-35773-DOT | Marsha Diane Crawley |
| 08-35865-DOT | Michael Scott Kania and Catherine Anne Kania |
| 08-35897-KRH | Gordon Selby Hallock and Diana Estes Hallock |
| 08-35944-KRH | Shannon Nicole Bragg |
| 08-36104-KRH | Gregory L Mills |
| 08-36251-DOT | Allen Leonard Garrant |
| 08-36398-DOT | Larry Darnell Arrington and Frances James Arrington |
| 08-36550-DOT | Pamela Anita Meredith |
| 08-36570-DOT | Walter Langston Barnes and Sharon Renay Barnes |
| 09-30017-DOT | Anne Brittingham Rivera |
| 09-30051-DOT | Ermadeen Cornett |
| 09-30082-KRH | Grace Elizabeth Upshaw |
| 09-30159-KRH | Cheryl Lynn Marcus |
| 09-30161-DOT | Barbara Jewell Kelly |
| 09-30231-KRH | Cheryl Lynn Cosner |
| 09-30303-DOT | Debbie Lee Strother |
| 09-30348-DOT | Wilda Lee Carr |
| 09-30360-DOT | Joshua Keith Sullivan and Catherine Maria Sullivan |
| 09-30370-DOT | Christopher Michael Andrews and Jenny Lynn Andrews |

09-30400-DOT   Thomas Alexander Bland

09-30407-DOT   Veola Lanette Thomas

09-30435-KRH   Deborah Virginia Cousins

09-30437-DOT   Kirsten Anita Brown

09-30465-KRH   Cheryl W. Carlton

09-30516-KRH   William Jeral Sublett and Ramona Bess Sublett

09-30562-DOT   Ernest Michael Allen and Ellen Muskie Allen

09-30577-KRH   Sybil Elizabeth Price

09-30578-DOT   Dennis Joseph Kim and Rhonda Lee Kim

09-30603-KRH   Tori N. Jackson

09-30610-DOT   Donald Martin Harvey

09-30691-KRH   June Elizabeth Matthews

09-30728-DOT   Carla Rachelle Smith

09-30919-KRH   James Alford Grant and Nicole Deandrea Chandler-Grant

09-31027-DOT   Mary Elizabeth Dowds

09-31029-KRH   Tony LaMarr Barnette and Keshia Marcella Barnette

09-31085-KRH   Kevin Carlyle Johnson

09-31110-KRH   Linwood Grey Tate and Wanda Lee Tate

09-31247-KRH   Ricky Terrell DeBerry and Angela Spates DeBerry

09-31352-KRH   James Irvin Wood and Thelma Edwards Wood

09-31357-DOT   Howard Sylvester Ramsey and Sandra Darlene Ramsey

09-31373-KRH   Robert S Wynn and Andrea Lynn Wynn

09-31402-KRH   Anton Leo Henderson and Vergie Mae Henderson

09-31427-DOT   Kurt Christian Davis

09-31452-DOT   Michael Robert Dorsey and Carolyn Gayle Dorsey

09-31472-DOT   Leroy Lewis and Renae L. Lewis

09-31496-KRH   Antowan Lamont Johnson and Krystal King Johnson

09-31498-DOT   Valerie Ellis Meade

| | |
|---|---|
| 09-31519-DOT | Dolores Margaret Pacileo |
| 09-31602-KRH | Joseph Adam Paolucci and Denise Marie Paolucci |
| 09-31616-DOT | Darryl Bouvier Greene |
| 09-31623-DOT | Cheryl Marie Hardy Leighton |
| 09-31631-KRH | Brenda Joyce Nettles |
| 09-31641-DOT | Linda Kay Anderson |
| 09-31647-DOT | Garry Lynn Keckley |
| 09-31649-DOT | James Michael Szymczak and Helen Elizabeth Szymczak |
| 09-31650-DOT | Sherman Conway Anderson and Betty Elaine Anderson |
| 09-31661-KRH | James Leroy Darrington |
| 09-31709-KRH | Willie Lee Wright and Virginia Wright |
| 09-31717-KRH | Donna Gail Lugar |
| 09-31762-DOT | James Douglas Stokes |
| 09-31763-DOT | Joshua Robert Cusworth and Beverly Matutte Cusworth |
| 09-31766-KRH | Scott Patrick Hickman and Doris Olson Hickman |
| 09-31767-KRH | Michael Anthony Wilson and Sherlene Dunlow Wilson |
| 09-31813-KRH | Tina Diane Beale |
| 09-31815-DOT | Jason Thomas Marshall and Crystal Gentry Marshall |
| 09-31816-DOT | Charles Gordon Cousins |
| 09-31950-KRH | Tyrone Emrose Barnes and Karen Denise Barnes |
| 09-32034-DOT | David Charles Marselas |
| 09-32037-DOT | DeShaun Rogers and Melissa Ann Felts |
| 09-32104-KRH | Bernard Tyrone Brown and April Dawn Brown |
| 09-32107-KRH | Thomas Joseph Burns and Nancy Meissel Burns |
| 09-32142-DOT | Mary Aileen Allen |
| 09-32143-DOT | Christopher Neal Kues and Brandy Sanders Kues |
| 09-32180-KRH | Tawanda Michelle Drew |
| 09-32328-DOT | Alfonso Darnell Smith |

| | |
|---|---|
| 09-32330-KRH | Evelyn Lee Murray |
| 09-32385-KRH | Charles William Thompson |
| 09-32400-DOT | Daniel Obadiah Snead and Shirley Ann Snead |
| 09-32444-KRH | Stephen Kenneth Burman and Julie Lynn Burman |
| 09-32450-KRH | Marlo Aaron Tillery |
| 09-32461-KRH | Allen Wade Stewart |
| 09-32468-KRH | Christopher Dale Card and Teresa Lynn Card |
| 09-32524-KRH | Catrice TaRay Evans |
| 09-32529-DOT | Glenn Herbert Slifer and Melissa Kay Slifer |
| 09-32530-KRH | Scott Joseph Livingston and Laurie Michele Livingston |
| 09-32579-KRH | Kitty Alison Anthony |
| 09-32591-DOT | Mike Lee Short and Wendy Luckett Short |
| 09-32613-KRH | Donald Norman Shashaty |
| 09-32622-KRH | Mary Eliza Jorstad |
| 09-32638-KRH | Lisa Durrett Wright |
| 09-32714-DOT | Talauna Laquane Barnes |
| 09-32895-DOT | Brandon Matthew McCreedy |
| 09-32905-KRH | Thomas Clinton Greene and Arclethia Kathusa Greene |
| 09-32936-KRH | Robin Philippi Pierce |
| 09-32958-DOT | James Roger Dabney |
| 09-32964-DOT | Augustine M. Wade and Dinah Angelia Banks-Wade |
| 09-32972-KRH | Christine Phillips |
| 09-32973-DOT | Nikisha Goode Edmonds |
| 09-32983-DOT | Jennifer Leigh Davis |
| 09-32997-KRH | Sheila Watson Edwards |
| 09-33009-DOT | Barbara E Vaughan |
| 09-33014-DOT | Robert Charles Pauley and April West Pauley |
| 09-33029-DOT | Edrick Demond Grooms and Erika Rochelle Grooms |

| | |
|---|---|
| 09-33056-DOT | Everett Ronald Samuels |
| 09-33106-DOT | Gary Gene Tate |
| 09-33129-KRH | Bernard Cash and Michelle Annette Cash |
| 09-33136-DOT | Dennis Michael Hall and Lisa Lea Hall |
| 09-33221-KRH | Charlotte Ann Priddy |
| 09-33248-KRH | Heather Bronhwen Teachey-Lindquist |
| 09-33280-KRH | Michael Andrew Herb |
| 09-33321-DOT | Randy Thomas Lassiter |
| 09-33345-KRH | Ronald Ray Hypes |
| 09-33426-DOT | Malcolm Darnell Lee and Lakeisha Kelly Lee |
| 09-33437-KRH | Jennifer Marie Keener |
| 09-33443-KRH | Lee Antoine Peebles |
| 09-33507-KRH | Cynthia Marie Burch |
| 09-33509-KRH | Christopher Ryan Colbert and Kathy Lynn Colbert |
| 09-33511-KRH | Jason Edward Adkins and Jennifer Trent Adkins |
| 09-33525-KRH | Franklin Junious Taylor |
| 09-33529-KRH | William Thomas Wilson |
| 09-33549-KRH | Andrea Roman Trent |
| 09-33563-KRH | Robert Douglas Primmer and Leigh Roberts Primmer |
| 09-33582-DOT | Mya Nicole Cousins |
| 09-33613-KRH | Richard Todd Newman |
| 09-33614-DOT | James Curtis White and Andrea Michelle White |
| 09-33672-KRH | James Edward Elliott and Wanda Yvette Elliott |
| 09-33687-KRH | Brian Thompson Ezzelle and Anne Carroll Mustian Ezzelle |
| 09-33756-DOT | Robert Frederick Rulof and Kathleen Richmond Rulof |
| 09-33766-KRH | Vanessa Claiborne Patrick |
| 09-33783-DOT | Jerrilyn Uvette Forbes |
| 09-33798-DOT | John F. Peck and Diane R. Peck |

| | |
|---|---|
| [09-33832-KRH](#) | Robert Andrew Barbour and Jayne Sinclair Barbour |
| [09-33890-DOT](#) | Michael Joseph Ziadeh |
| [09-33927-DOT](#) | Joseph Howard Vazquez and Tatyana Karpicheva |
| [09-33940-KRH](#) | Kelly Clinewell Kanney |
| [09-33948-DOT](#) | Raymond Alexander Lindsey and Shaun Renita Lindsey |
| [09-33956-KRH](#) | Franchesca Theresa DeLisser |
| [09-33967-KRH](#) | Stacie Leonard Page |
| [09-34039-DOT](#) | Emma Doris Adams |
| [09-34095-KRH](#) | William Paul Butler |
| [09-34252-DOT](#) | Golda Aku Hector |
| [09-34263-DOT](#) | Eric Demetrius Kee and Christina Renee Kee |
| [09-34268-DOT](#) | Claude Arnold Jarrell |
| [09-34293-KRH](#) | Avery Oneal Andrews and Lakisha Denise Andrews |
| [09-34294-KRH](#) | Oswaldo Victor Alfonso |
| [09-34297-KRH](#) | Patricia Whitlock Rhoades |
| [09-34325-KRH](#) | Mitchel Dean Creasy and Leila Patrice Creasy |
| [09-34418-KRH](#) | Rodney Dale Wright |
| [09-34452-DOT](#) | Tinita Coleman Mason |
| [09-34481-DOT](#) | Reginald Levon Stinson and Valerie Lichelle Stinson |
| [09-34629-KRH](#) | Robert Anthony Newsome and Rhonda Franklin Newsome |
| [09-34665-KRH](#) | Piotr Jan Mach and Suzanne Betty Mach |
| [09-34671-KRH](#) | Dennis Lynn Jackson and Beatrice Aguano Jackson |
| [09-34681-DOT](#) | Jackie Darlene Robinson-Randall |
| [09-34719-KRH](#) | Douglas Eugene Humpherey |
| [09-34758-DOT](#) | Tony Jack Hurt |
| [09-34766-KRH](#) | Angela Bradby |
| [09-34795-DOT](#) | Stephanie Temika Small |
| [09-34798-KRH](#) | William Scott Greene and Natasha Renee Greene |

| | |
|---|---|
| 09-34816-KRH | Jaime Lin Herring |
| 09-34859-DOT | Linda Johanna Partridge |
| 09-34924-KRH | Marty Lorenzo Davis and Alicia Lashay Davis |
| 09-34976-DOT | Karen Burgess Logan |
| 09-34989-DOT | Brandon Dale Martin and Margaret Allen Martin |
| 09-34991-KRH | Mary Eva Thurston |
| 09-34992-KRH | Wilbur Lewis Johnson and Lue Jean Johnson |
| 09-35074-DOT | Pamela Aron Stebbins |
| 09-35078-KRH | Timothy Craig Schlothauer and Donna Christine Schlothauer |
| 09-35086-DOT | Mario Depree Wilson and Cynthia Melissa Wilson |
| 09-35100-KRH | Nathan Edward Howerton and Clara Francine Howerton |
| 09-35103-DOT | Jerome Brown and Zatima Lanasia Brown |
| 09-35110-KRH | Barbara Jean McNair |
| 09-35162-KRH | Daniel Robert Greer and Christine Batts Greer |
| 09-35180-KRH | Margaret Lee Mason |
| 09-35201-DOT | Sandra Joanne Jordon |
| 09-35271-KRH | Spencer James Griffin |
| 09-35369-KRH | Bruce Alphonso Tucker |
| 09-35384-KRH | Jason Keon Miller |
| 09-35457-DOT | Kim Marie Jenkins |
| 09-35526-KRH | Neamen Jay Stevens |
| 09-35569-KRH | James Benton Hardy |
| 09-35604-KRH | Shironda Meekins Winston |
| 09-35685-DOT | Scott Anthony Johnson and Melody Michelle Johnson |
| 09-35706-KRH | Phillis Lea Powell |
| 09-35709-DOT | Marc Thomas Riccio and Michele Linn Riccio |
| 09-35750-KRH | Adam Craig Melton and Ashley Webb Melton |
| 09-35755-DOT | Sheila Gilchrist Booker |

| | |
|---|---|
| 09-35784-KRH | Ricardo Larvell Bray and Jessica Marie Bray |
| 09-35789-DOT | Lewis Thomas Wright and Bertha Mae Wright |
| 09-35790-KRH | Gerald Quincey Brandon and Gina Louise Brandon |
| 09-35807-DOT | Ikaya Childs Parker |
| 09-35826-KRH | Jimmy Farrow Skeens and Julie Ann Skeens |
| 09-35839-DOT | Wanda Lee Burrell |
| 09-35871-KRH | Ottis Johnson Brown |
| 09-35876-DOT | Samina Nasim Ali |
| 09-36004-DOT | Ivory Paul Blackman and Catherine Darlene Blackman |
| 09-36038-KRH | Billy Ray Elder |
| 09-36063-DOT | Dwayne Erickson Gardner |
| 09-36133-DOT | Clinton Dale Outlaw and Amy Lorraine Outlaw |
| 09-36134-DOT | Derrick Lamont Christopher and Verna Belinda Christopher |
| 09-36220-DOT | Thomas William O'York |
| 09-36231-KRH | David Rodney Sykes and Bessie McFail Sykes |
| 09-36254-DOT | John Allen Wright and Patricia Ashley Wright |
| 09-36261-DOT | Malcolm Owen Kindley and Paula Bungard Kindley |
| 09-36273-KRH | Gregory Edwin Tucker and Norma Jeanne Tucker |
| 09-36289-KRH | Frank Ewell Treadway |
| 09-36351-KRH | Paul Newton Young |
| 09-36393-KRH | Tavheisha Monique Walton |
| 09-36438-DOT | Shelby Deodus Simmons and Janice Alieen Simmons |
| 09-36446-KRH | Branden Kennith Martin |
| 09-36447-KRH | Michael Caprice Wiggins and Latonya Yvette Wiggins |
| 09-36449-KRH | Vincent Joseph Williams and Teresa Ann Williams |
| 09-36452-KRH | Mark Robert Rappold and Maria Lynn Rappold |
| 09-36454-KRH | Drusilla Ingram |
| 09-36471-DOT | Gregory Wayne Palmore |

| | |
|---|---|
| 09-36482-DOT | Robert Daryl Barlowe and Shameika Ann Barlowe |
| 09-36485-KRH | Christopher Scott Hill and Jennifer Deal Hill |
| 09-36494-DOT | Brigitte Terrell Williams-Jackson |
| 09-36505-DOT | Christina Lynn Butler |
| 09-36506-DOT | Anna Laquawn Ferrell |
| 09-36534-KRH | Harvey Leon Butler and Bertha Louise Butler |
| 09-36564-DOT | Adriane Chantae Gross |
| 09-36604-DOT | Dennis Allen Williams |
| 09-36610-KRH | Timothy Lee Brown and Karli Michelle Sharp-Brown |
| 09-36612-KRH | Brandon Ontrell Robinson |
| 09-36662-DOT | Steven Vincent Klein and Lorraine Wade Klein |
| 09-36690-DOT | Douglas Eugene McPherson and Betty Claudette McPherson |
| 09-36698-DOT | Robert John Gerber and Natasha Rechelle Gerber |
| 09-36719-DOT | Donald Scott Keller and Betty Jean Keller |
| 09-36765-DOT | Carolyn Zimmerman Barnes |
| 09-36767-DOT | David Leland Jones and Margaret Pompey Jones |
| 09-36846-KRH | Duane Anthony Garrett and Shelby Cassell Garrett |
| 09-36860-DOT | Antoine Lamont Borum |
| 09-36989-KRH | Keith Marcell Brooks and Lisa Michelle Brooks |
| 09-37013-DOT | Johnny Freeman Stokes, Jr. and Bonnie Sue Stokes |
| 09-37024-KRH | Nakeisha Delores Brooks |
| 09-37082-DOT | Gerald Tyrone Everett and Karen Darlene Everett |
| 09-37099-KRH | William Arch Nelson and Kimashar Vivian Chaffin |
| 09-37130-DOT | Carol Devone Jones |
| 09-37133-KRH | Michelle Latrice Bundy |
| 09-37136-KRH | Melissa Dawn Bordonie |
| 09-37149-DOT | Robert Ryan Cosner |
| 09-37161-DOT | Flora Brown Walker |

| 09-37226-KRH | Marilyn Denise Ewell |
|---|---|
| 09-37237-KRH | Wilbert Andrew Morris and June Christie Morris |
| 09-37251-KRH | Shannon Patrick Elsey and Thressa Carol Elsey |
| 09-37277-DOT | Gregg Thomas Wells and Elizabeth Maureen Wells |
| 09-37295-DOT | Christopher Hugh Jones |
| 09-37301-KRH | Geneva Diane Lincoln |
| 09-37312-DOT | Ronnie Clyde Anders and Victoria Ann Anders |
| 09-37342-DOT | Margaret Sutton Hardesty |
| 09-37343-KRH | Sheila Cynthia White |
| 09-37359-DOT | Tonya Harris Johnson |
| 09-37387-KRH | Richard Lewis Petery and Stephanie Gynn Petery |
| 09-37407-KRH | Matthew David Bennett and Stephanie Monique Bennett |
| 09-37430-KRH | Mirra Rocchiccioli Gordon |
| 09-37433-DOT | Alan Todd Buttram |
| 09-37451-KRH | David Wayne Swann |
| 09-37483-DOT | Timothy Dwight Stone and Ma Rosalee Dungca Stone |
| 09-37499-DOT | William Jackson Hall and Terry Pendleton Hall |
| 09-37536-KRH | Erica Elaine Newell |
| 09-37556-KRH | Mozelle Allen Branch |
| 09-37559-DOT | Clatrina Raecene Monroe |
| 09-37560-KRH | Alonso Jose Cisneros |
| 09-37584-KRH | Alice Marie Harrison |
| 09-37622-KRH | Timothy Floyd Spradling and Debra Floyd Spradling |
| 09-37655-KRH | Jacqueline Stanley Martin |
| 09-37682-KRH | Bonnie Sue Hazzard |
| 09-37684-KRH | John Vincent Smith and Teri Lin Smith |
| 09-37688-DOT | Stanley Alexander Pegram |
| 09-37695-KRH | Laretha Rice Taylor |

| | |
|---|---|
| 09-37879-KRH | Sandria Audreyana Maye |
| 09-37888-KRH | Martha Pulley Sheets |
| 09-37901-DOT | Robert Harris Hudgins |
| 09-37909-DOT | Calvin McIntyre and Alfie McNeill McIntyre |
| 09-37934-DOT | James Lee Adams and Joy Denise Adams |
| 09-38018-DOT | Gary Keith Young and Kimberly Dawn Young |
| 09-38047-DOT | Steven Raymond Bateson |
| 09-38073-KRH | Lilian Jacoba Bedoya |
| 09-38077-DOT | Eric Antonio Coleman |
| 09-38094-DOT | Richard Charles O'Connor and Sheila Chrissetta O'Connor |
| 09-38098-DOT | Michael Edward Rodriguez and Kim Terry Rodriguez |
| 09-38104-DOT | Christopher Sterling Webber |
| 09-38141-KRH | Camille Yvonne Dickerson |
| 09-38208-KRH | Manpreet Singh Ahluwalia and Ismeet Kaur Ahluwalia |
| 09-38228-KRH | Shandra Jasper Robinson |
| 09-38259-DOT | Ronald Lee Leitch |
| 09-38290-KRH | Bruce Kennedy Howard and JoAnn Rogers Howard |
| 09-38452-DOT | James Frederick Lee |
| 10-30014-DOT | William Isaac Riley |
| 10-30080-DOT | Stephen Anthony Broughman and Eileen Bailey Broughman |
| 10-30099-DOT | Darrell Douglas Thompson and Joan Teresa Thompson |
| 10-30156-KRH | Freddie Wellington Keeling and Anne Juanita Dean Keeling |
| 10-30157-KRH | Joyce Ann Bolling |
| 10-30197-DOT | Kelvin Edsel Booker and Pamala Lynn-Goin Booker |
| 10-30200-KRH | Gail Dickerson Grant |
| 10-30244-KRH | Katia Chenelle McNeely Gilliam |
| 10-30256-DOT | Marjid Zachery Custalow and Judy Arlene Taylor-Custalow |
| 10-30294-DOT | James Deloatch and Mildred Young Deloatch |

10-30384-DOT   Anna Maria Tillman

10-30450-KRH   Benjamin Karl Davis

10-30474-DOT   Aisha Danielle Scott

10-30627-DOT   Kiwana Tomicha Wingo

10-30649-DOT   Robert Stanley Taylor and Arthelia Juanita Taylor

10-30653-KRH   Andrew Wallace Crump and Rosalinda Hernandez Crump

10-30673-DOT   Robert Edward Winston and Maude Curtis Winston

10-30711-KRH   Wayne Donald Parent and Arlene Shelton Parent

10-30712-KRH   Kristin Marie Goodlett

10-30724-KRH   Laneisha Rachelle Wyatt

10-30749-KRH   Janet Louise Waller

10-30819-KRH   Robert Duane Wilkins and Debora Annette Wilkins

10-30863-KRH   Dwight Derek Squire and Delva Jean Squire

10-30867-KRH   Cleveland Alvin Tucker

10-30910-KRH   Rodney Wendell Shepherd

10-30913-DOT   Musoke Wilberforce Kijambu and Mary Ann Kijambu

10-30931-KRH   Christopher Blanton Fishburne

10-30957-KRH   Joseph Matthew Proffitt and Etta Elizabeth Proffitt

10-31012-KRH   Robert Welch Reddick

10-31033-DOT   Christopher Russell Konschak

10-31035-KRH   John Gilbert Gillis

10-31036-DOT   Nikhat Kaisar Eqbal

10-31116-DOT   Leslie Eileen Walker

10-31187-DOT   Carolyn Patterson Fowlkes

10-31207-DOT   Timothy John Anderson and Susan Gail Anderson

10-31246-DOT   Roderick John Stephens and Vicki S. Gleason-Stephens

10-31430-KRH   Jimmie Lee Walker and Kristi Nicole Walker

10-31433-DOT   Elbert Vincent Best

10-31449-KRH    Brenda Joyce Gordon-Jackson

10-31523-DOT    William Decarlo Parham and Lakesha Kayandre Parham

10-31646-DOT    Howard Leslie Clements and Deborah Stallworth Clements

10-31649-DOT    Jeffrey Arnold Green and Linda Miller Green

10-31675-DOT    Esther Margaret McClatchie

10-31696-DOT    Linda Wray Inge

10-31736-DOT    Robert Thomas Samuels and Kimberley Patteson Samuels

10-31800-KRH    William Nicholas Berkovits

10-31920-DOT    Patty Ruth Lee

10-31971-KRH    Milton Grant Trusty and Pearl Elizabeth Trusty

10-31977-DOT    Timothy James Beem and Carla Antonette Beem

10-32018-DOT    Felicia Ann Boles

10-32089-DOT    Linda Lorena Nelson

10-32113-KRH    William Patrick Anderson and Tammy Lynn Anderson

10-32114-KRH    Toysha Lamae Leslie

10-32119-DOT    Deborah Bonita Silver

10-32127-DOT    William Lawrence Spicuzza and Katya Shoemaker Spicuzza

10-32141-KRH    Marilyn Louise Carter

10-32193-KRH    Dewitt Webster Jennings

10-32214-KRH    Jonathan Lance Davis and Stacey Fulmer Davis

10-32234-DOT    Anthony Lloyd Gray

10-32242-DOT    Mauricio Antonio Tovar and Frances Elizabeth Tovar

10-32292-KRH    Amanda Elaine Mitchell

10-32296-DOT    Mary Gail Gordon

10-32366-KRH    Joseph Paul Meredith

10-32415-KRH    Clayton Alphonso Davis and Evelyn Delois Davis

10-32426-DOT    Arthur Jerome Johnson

10-32427-KRH    Darrell Arellano and Charlotte Lane Arellano

| | |
|---|---|
| 10-32431-KRH | Rachel Carey Oakley Cole |
| 10-32482-KRH | Jacqueline Baker Dyer |
| 10-32514-KRH | Chukwudi Chiazo Isiadinso |
| 10-32541-KRH | Juan Ricardo McCloud and Shamel R. Jones-McCloud |
| 10-32576-DOT | Kinley Eugene Hill and Debra Michelle Hill |
| 10-32601-DOT | Rosemary Holland |
| 10-32611-KRH | Anthony Jerome Callahan |
| 10-32656-KRH | Desire' Bennett Dewell |
| 10-32679-DOT | Deborah Johnson Hunt |
| 10-32700-KRH | Bobby Thomas Newby and Hattie Messick Newby |
| 10-32710-DOT | Daniel Joseph Wenter and Virginia Kaye Wenter |
| 10-32711-DOT | William Thomas Moseley |
| 10-32713-KRH | Carlton Alton Curry and Cynthia Winfield Curry |
| 10-32755-KRH | James Earl Thompson |
| 10-32776-DOT | Geoffrey Michael Boggs and Lori Sue Boggs |
| 10-32815-DOT | Graham Hudnall Lang and Lee Ann Lang |
| 10-32818-DOT | Merri Louise Faulkner |
| 10-32925-DOT | Lee Andrew Pegram |
| 10-32999-DOT | Stevenson Harris |
| 10-33164-KRH | Jacqueline Elizabeth Andrews |
| 10-33167-KRH | Ashley Rebecca Thibault |
| 10-33186-DOT | Charles Andrew Watson and Hazel Deloris Watson |
| 10-33195-DOT | Richard Glen Taylor |
| 10-33198-KRH | Nilton Sandro Tamiozzo and Adriana Celia Batista Tamiozzo |
| 10-33206-DOT | Corey Perry Coleman and Jernaya Roshell Coleman |
| 10-33226-DOT | Frank Keith Moore and Daisy Lee Moore |
| 10-33230-KRH | Carolyn R. Solomon |
| 10-33232-KRH | Weldon Bradford Moore and Debra Virginia Moore |

| | |
|---|---|
| 10-33251-DOT | Charles Henry Price and Nichole Stephens Price |
| 10-33359-KRH | Jarrod James Bridger and Lara Gaulding Bridger |
| 10-33397-KRH | Anthony Maurice Smith |
| 10-33452-DOT | Charles Lovell Younger and Latrese Dashawn Younger |
| 10-33460-DOT | Sharlene Lavern Brown |
| 10-33486-DOT | Steven Alvin Wright |
| 10-33516-KRH | Eric Leon Hope and Sabrina Diane Hope |
| 10-33523-KRH | Teresa Ann Mosely |
| 10-33556-DOT | Valarie Lynnice Reed |
| 10-33557-KRH | Lajuan Jermaine Cheatham |
| 10-33578-KRH | Andrea Marie Ferreira Neves |
| 10-33594-DOT | Kenneth M. Catlett |
| 10-33604-DOT | Jennifer Jackson Christman |
| 10-33630-KRH | Charles Junior Smithers |
| 10-33634-KRH | Jakeda Chauffe Macklin |
| 10-33645-DOT | Joseph Anthony Rhoads and Heather Ann Rhoads |
| 10-33652-KRH | Bonnie Dieter Hawkins |
| 10-33673-DOT | Shawn Lindbergh Brown and Monica Tamara Sharper-Brown |
| 10-33726-KRH | Jamie LaMar Giles and Yuanisha Trueheart Giles |
| 10-33743-KRH | Steven Arthur Crouch and Debra Paschall Crouch |
| 10-33783-KRH | James Sylvester Johnson and Tara Regina Johnson |
| 10-33867-DOT | Kenneth Branch |
| 10-33873-DOT | Stanley C. Fauntleroy |
| 10-33968-DOT | Tasha Diane Brown |
| 10-34025-KRH | Lisa Ann Janus |
| 10-34075-DOT | Matthew Nathaniel Hawthorne and Kellie Larissa Johnston |
| 10-34125-DOT | John Angelo Karidis |
| 10-34142-DOT | Antonio Pamplin and Darlene Pamplin |

| | |
|---|---|
| 10-34154-KRH | Donald Lee Moyers and Debra Jo Moyers |
| 10-34193-KRH | David Warren Redford |
| 10-34252-KRH | Leon Earl Headley and Sharon Brown Headley |
| 10-34273-DOT | Zachary Robert Pauley |
| 10-34292-DOT | Denise Linda Gittens |
| 10-34293-KRH | Brandon Ryan Thore and Brandy Alyse Thore |
| 10-34309-KRH | Charlene Suzette Morrison-Grant |
| 10-34322-KRH | Albert Stanley Wilmot and Elise Rene Wilmot |
| 10-34328-KRH | Louis Wayne Coates |
| 10-34330-DOT | Lavar Winfield Ross and LaToya Rochelle Ross |
| 10-34411-DOT | John Lennox Bagby |
| 10-34422-KRH | Everett Linwood Bolling and Carolyn Louise Bolling |
| 10-34496-KRH | Dale Howard Mitchell |
| 10-34516-KRH | Kendrick Sylvester Robinson |
| 10-34524-KRH | Richard Henry Atkinson and Krystal Diane Atkinson |
| 10-34678-DOT | Jeffrey Wayne Manoley |
| 10-34680-KRH | Amy Heather Lehr |
| 10-34701-DOT | Doranda Davette Scott |
| 10-34703-KRH | Cornell Lovestine Prince and Tara Evola Spells-Prince |
| 10-34710-DOT | Judith Lorraine Jones |
| 10-34745-KRH | Harry McKinley Wilson and Brenda Elaine Wilson |
| 10-34774-KRH | Ricky Crenshaw and Yvonne Porter Crenshaw |
| 10-34792-KRH | Richard Gorn Osbourne and Jill Renee Osbourne |
| 10-34861-KRH | Robert Lee Allen and Paulette Jones Allen |
| 10-34920-DOT | Paul Seemiller |
| 10-34944-DOT | Linda Bourne Hall |
| 10-34959-DOT | Wendy Renae Alston |
| 10-34980-KRH | James Pringle |

| | |
|---|---|
| 10-35013-DOT | Michael Anthony Lee and Tracy LaVonne Lee |
| 10-35087-KRH | Tiana Shauntice Bradshaw |
| 10-35114-DOT | Phil Mosley |
| 10-35161-DOT | Cynthia Hale Ethridge |
| 10-35165-KRH | Jocelyn Wilson Vinson |
| 10-35255-KRH | Karen Elizabeth Loan |
| 10-35319-KRH | Thomas Boyd Watson and Lisa Kersey Watson |
| 10-35352-DOT | Keshia Champion Anderson |
| 10-35356-KRH | Ann Mullen Ellison |
| 10-35376-DOT | Teneva Dione Chambers |
| 10-35380-DOT | Charles Marcus Lohr and Tonya Lynette Lohr |
| 10-35419-DOT | Jeanne Carol Wetherell |
| 10-35430-KRH | Kim Elizabeth Seckman |
| 10-35488-KRH | Elmer Lee Bailey and Joan Marie Bailey |
| 10-35489-KRH | Eric Shaun Beach |
| 10-35506-KRH | Robert D. Blakeney and Emma Sydnor Blakeney |
| 10-35561-DOT | Clifton James Ashley and Becky Lynn Ashley |
| 10-35567-DOT | Milton Lee Taylor |
| 10-35570-KRH | Major L. Preston and Kameko Larryka Parker |
| 10-35590-DOT | Fredrick Everette Heller and Tammy Newman Heller |
| 10-35669-KRH | Emanuel Vashawn Key and Tamisha Ymeke Key |
| 10-35674-KRH | Thomas Ray Cash and Theresa Kennedy Cash |
| 10-35707-DOT | Kenneth Carlton Davis |
| 10-35713-KRH | Hugh Lance Costley, Sr. |
| 10-35724-KRH | Pamela Morgan Delo |
| 10-35786-KRH | Richard Lee Stanley |
| 10-35804-KRH | Clarissa Lucille Johnson |
| 10-35848-DOT | Alma Patricia Wilkerson |

10-35873-DOT   Elicia Rene Carey

10-35946-KRH   Monica LaGina Alston

10-35991-DOT   Keith Lamont Marrow

10-36048-DOT   Tera Michelle Hall

10-36080-DOT   David Ray Reed and Kia K. Reed

10-36104-KRH   Chanice Theresa Jones

10-36151-DOT   Krystal Lanee King

10-36164-KRH   Tammy Haskins Cunningham

10-36181-KRH   Ronald Lewis Conner and Patricia Regina Conner

10-36248-DOT   Ramona Nicole White

10-36257-DOT   John Marvin Revis and Danna Lynne Revis

10-36322-KRH   Edward Earl Thompkins

10-36344-DOT   Nadine Sandra Glasco

10-36371-KRH   Julio A. Wilinski and Tatiana E V Wilinski

10-36396-KRH   Steve Thomas Starr and Michele Louise Starr

10-36412-KRH   Cheryl Renee Brown

10-36431-KRH   Suzanne Haynie Reiser

10-36595-DOT   Marsha Kay Carter

10-36602-DOT   Paulette Yvonne Crowder

10-36633-DOT   Joseph Dillon Lowrie and Rebecca Dawn Lowrie

10-36646-DOT   Carlton William Barley and Sheila Barley

10-36690-DOT   Valerie Denise Holmes

10-36784-KRH   Richard Allen Lambrecht and Lisa Marie Lambrecht

10-36835-DOT   Kevin Bradly Bowman

10-36839-DOT   David Michael Lewis and Rhoda Virginia Lewis

10-36845-DOT   April Nichole Green

10-36893-KRH   Neil Conrad Wyatt and Leomary Rivera Wyatt

10-36926-DOT   Erik Shane Dillon and Casey Dillon

| | |
|---|---|
| 10-36937-DOT | Yvetta Rene' Drayton |
| 10-36960-DOT | Joseph Croxton Parker and Lucille Rice Parker |
| 10-36976-DOT | Veronica Lynette Cosby |
| 10-37012-KRH | Vernon Lee Eustace, Jr. and Barbara Fagelson Eustace |
| 10-37041-KRH | Jean Rebecca Green |
| 10-37048-KRH | Bryant O'Neal Tinsley |
| 10-37104-KRH | James Walter Moore and Jamesia Michele Moore |
| 10-37123-KRH | Jenette Renee Whiteside |
| 10-37182-DOT | Robert Wayne Haller and Maria Jean Haller |
| 10-37212-DOT | Gay Cassandra Bass |
| 10-37220-DOT | Steven Charles Hawkins and Sandy Lynn Hawkins |
| 10-37253-KRH | Ricardo Gomez |
| 10-37283-KRH | Chad Christianson and Kimberly A. Christianson |
| 10-37346-DOT | Louis Grignion Massett and Amber Marie Massett |
| 10-37391-KRH | Allen Scott Graves |
| 10-37427-DOT | Michael Anthony Johnson |
| 10-37442-KRH | Donald A. Hill and Teresa Renee Hill |
| 10-37493-DOT | David L. Cole and Brenda Susan Cole |
| 10-37512-KRH | James Earl Montague |
| 10-37519-KRH | Tony Donnell Barnes |
| 10-37526-KRH | Michelle Robinson |
| 10-37539-DOT | Scott David Barr and Jessica Nichole Barr |
| 10-37615-DOT | Willmoth Patris Horsford and Jackie Shirlee Horsford |
| 10-37652-DOT | Tomeka Monique Braxton |
| 10-37660-DOT | Cynthia Ann Conour |
| 10-37681-KRH | Fredrick Leon Thomas and Diana Wooden Thomas |
| 10-37686-DOT | Sheila Cook Horton |
| 10-37738-KRH | Richard Alvin Thorne |

10-37796-DOT   Marvin Everett Mallory and Gloria Arlene Mallory

10-37823-KRH   Tonya Latrice Tabb

10-37855-KRH   Joann Cheryl Jackson

10-37902-DOT   Mary Rose Brown

10-37903-DOT   Stephen M. Kephart

10-37920-DOT   Robert Hughes

10-37945-DOT   Edward Emanuel Forbin and Ileana Halphen-Forbin

10-38061-KRH   Cornelius Sylvester Morgan and Charlotte Sands Morgan

10-38076-KRH   Martha Williams Robins

10-38275-KRH   Sylvester Howell and Cathy Florine Howell

10-38302-KRH   Robert Eugene Myers and Leslie Eugenia Myers

10-38320-KRH   Lucy Keiser Lewis

10-38365-KRH   Trenita Leslie Harper

10-38374-KRH   Allen Jones

10-38545-KRH   Shawna Monique Greene

10-38574-DOT   Kenneth Otto Bundy and Birdie Madeline Bundy

10-38661-DOT   Lunette Ursula Crawley

11-30032-DOT   Lottie Jones Cook

11-30120-KRH   James Alfred Dugger and Eloise Jones Dugger

11-30319-KRH   Micha Booker Graves

11-30417-KRH   Harold Leon Warren

11-30502-KRH   Carlton Eugene Smith

11-30653-KRH   Earnest Robert Taylor and Brenda Wilkins Taylor

11-30654-DOT   Estelle Samuels Coles

11-30785-KRH   Michael George Litos

11-30853-DOT   Alfonria Harper and Sandra Harper

11-30911-DOT   Jerry Lee Washington

11-30933-DOT   Datius Emmanuel Young and Renee Moss Young

| | |
|---|---|
| 11-31030-KRH | Elizabeth Cornelia Young |
| 11-31051-KRH | Yasha Meita Fleming |
| 11-31135-KRH | Willie Ann Brown |
| 11-31356-DOT | Robert Jay Pleasants, Sr. and Cynthia Vanessa Pleasants |
| 11-31863-DOT | Nicole Michelle Miller |
| 11-32045-DOT | Britanica Shaun Jones |
| 11-32339-KRH | Lisa Michelle Smith-Hicks |
| 11-32342-DOT | Norman Timothy Watson and Hope L Pryor-Watson |
| 11-32356-KRH | Darrell Eugene Ballard |
| 11-32599-DOT | Kevin Jermaine West |
| 11-32701-KRH | Ronnie Lee Gordon and Cheryl Byrd Gordon |
| 11-32746-KRH | Doris Witcher Jackson |
| 11-32962-KRH | Thomas Christopher Brownlee |
| 11-33074-DOT | Carl Mason Spencer and Sheila Ann W Spencer |
| 11-33188-DOT | Maurice Delaney Woods and Alice Lee Woods |
| 11-33232-KRH | Crystal Yvonne Fordham |
| 11-33272-DOT | Willona Annette Walker |
| 11-33294-KRH | Christy Nicole Jones |
| 11-33377-KRH | Phillip Anthoney Moo |
| 11-33414-KRH | Scott Jay Wright and Tamara Dennard Wright |
| 11-33480-DOT | Derrick Sylvester Marshall and Ruth Loretta Marshall |
| 11-33595-DOT | Jaymes Elizabeth Whitehead-Urquhart |
| 11-33679-DOT | Edna Lee Hardy |
| 11-33710-DOT | Jeffry Alan Ruhlin and Johanna Rebecca Ruhlin |
| 11-33756-KRH | Peter Jason Jackson and Tara Yosheddia Jackson |
| 11-34025-KRH | Wayne Franklin Campbell and Karen Hough Campbell |
| 11-34158-DOT | Phillip Hill Bullard and Cynthia Phillips Bullard |
| 11-34186-KRH | James Franklin Loyall |

11-34223-DOT   Earnest Warren Harris and Evelyn Willnette Morris-Harris

11-34328-KRH   Joseph Jerry James

11-34330-DOT   Wilbert Alfonzo Harrison and Joyceann Green Harrison

11-34387-DOT   Chiante Rochelle Wester

11-34633-DOT   Cynthia Mobley Garner

11-34828-KRH   Barry Carlton Lynch

11-34837-KRH   Rodney John Shade and Patricia Marie Shade

11-34914-DOT   Leah Uleece Underwood

11-34927-KRH   Brenda Lee Shelton

11-34962-DOT   Daniel Durrell Alexander

11-34963-DOT   Shaunita Letitia Freeman

11-34965-KRH   Charles McGowan Boulware and Janie Bird Boulware

11-35130-KRH   Carey Bradford Williams

11-35229-KRH   Leticia Howard Frederick

11-35254-DOT   Michael Robert DeRemer and Cathy Lynn DeRemer

11-35258-KRH   David Arthur Newcomer

11-35322-KRH   William Edwards Durham and Traci Carole Durham

11-35344-DOT   Peter Michael Kaufman

11-35422-KRH   Charles Richard Welsh

11-35585-DOT   Raymond Earl McCann

11-35591-KRH   Kathy-Ann Williams Wilkinson

11-35671-DOT   Shelly Banks Winfield

11-35817-DOT   Jo Ann Gaskin

11-35963-DOT   Travis Lavelle Coleman and Traci Monet Coleman

11-36089-DOT   Gevaise Kennon Alexander

11-36190-KRH   Alice Lorraine Pleasants

11-36208-DOT   Michelle Mae Gunn

11-36254-DOT   Altha Shaphone Battle

| | |
|---|---|
| 11-36376-KRH | Craig Rodwell and Dana LaRhonda Rodwell |
| 11-36481-DOT | Celita Delaine Thomas |
| 11-36508-DOT | Robert Stephonds Hayes and Ethel Jean Hayes |
| 11-36521-DOT | Tomika Michele Thomas |
| 11-36526-KRH | Burnette Sales |
| 11-36576-KRH | Patrice Newman Crenshaw |
| 11-36695-KRH | Solomon Lee Hawkins and Josephine Hawkins |
| 11-36746-DOT | Kathy Lynn Farrar |
| 11-36783-DOT | James Austin Beulah |
| 11-36788-DOT | Beryol Fay Gracia |
| 11-36818-KRH | Dawn Sherie Hancock |
| 11-36986-DOT | Orlon Lee Jackson |
| 11-36990-KRH | Chanda Martich Hannah |
| 11-37024-DOT | Sabrina Maria Muhammad |
| 11-37034-KRH | Persilla Twylette Davis |
| 11-37086-DOT | Robyn Michelle Hardy |
| 11-37159-DOT | Latisha Nicole McDonald |
| 11-37233-KRH | Sharon Lee- Davenport |
| 11-37333-KRH | Shantell Latae Byrd |
| 11-37433-KRH | Anthony Lamont Houston |
| 11-37531-KRH | Tara Annaliese Ilacqua |
| 11-37758-DOT | Roberta Ann Winston |
| 11-37795-DOT | James Michael Epps and Peggy Ann Epps |
| 11-37830-KRH | Diane H. Wilson |
| 11-37832-DOT | Gary Lawson |
| 11-38113-DOT | Bonita Selina Smith-Cain |
| 11-38159-DOT | Gregory Bryan Rowsey and Sharon Gay Rowsey |
| 12-30027-DOT | Chana Rochelle Carter |

| | |
|---|---|
| 12-30042-DOT | Joseph Alexander Tucker, Jr. and Tammy Pandora Tucker |
| 12-30093-DOT | Carolyn A. Curry |
| 12-30150-DOT | Janice Marie Koss |
| 12-30217-KRH | Leroy Bailey Dougherty and Vickie Ellen Dougherty |
| 12-30366-KRH | Samuel Randolph Pryor |
| 12-30489-KRH | Rex Allen Price, Jr. and Pamela Head Price |
| 12-30640-KRH | Aubert Bishop Jefferson |
| 12-30653-KRH | Terrance Anthony Harvey |
| 12-30692-DOT | DeLomia LaShawn Gilliard |
| 12-30754-DOT | Michael Theodore Patterson |
| 12-30756-KRH | Stephen Michael Bruce, Sr. and Rhonda Hutchins Bruce |
| 12-30789-DOT | Wayne Scott Barlow, Jr. and Nicole Lynn Barlow |
| 12-30805-KRH | Diane L. Tucker |
| 12-30923-KRH | Melissa Lee Harrell |
| 12-31194-DOT | Ronald Clarence Butts |
| 12-31362-KRH | Waverly Arthur Jackson, Jr. |
| 12-31421-DOT | Martha Weaver Stearnes |
| 12-31430-KRH | Janiece Dominique Upson |
| 12-31574-DOT | William Dwight Spruill |
| 12-31895-KRH | Yolanda Porter Patrick |
| 12-32040-DOT | Calvin Lester Dyer |
| 12-32191-KRH | Michael Gabriel Henshaw and Kristen Rae Henshaw |
| 12-32358-KRH | Jason David Smith and Carol Elizabeth Smith |
| 12-32373-DOT | Robert Lee Ferrell |
| 12-32485-DOT | James Michael Dean and Monique Tyler Dean |
| 12-32793-DOT | Ricky Leon Creer |
| 12-33119-KRH | Nathan Earl Pollard and Rosemary Pollard |
| 12-33247-KRH | David Siaker Moore and Anna Tayonnah Moore |

| 12-33395-KRH | Hermania Dorice Lewis |
| 12-33448-DOT | Patrick Lee Jones and Cynthia Leigh Jones |
| 12-33564-KRH | James O'Neil Taylor, Sr. and Lisa Anita Taylor |
| 12-33631-DOT | Clinton Maurice Owens and Debra Williams Owens |
| 12-33694-DOT | Bertha Barbour Derricott |
| 12-33770-KRH | Shannah Diane Jones |
| 12-33773-DOT | Jeramy Rick Sibley |
| 12-33802-DOT | Lyniece Yvette Smith |
| 12-33805-KRH | Demetrius Lamon Jubilee and Andrea Patrice Jones |
| 12-33857-DOT | David Leon Dabney and Patricia Dianne Dabney |
| 12-33925-KRH | Karri Lynn Lane |
| 12-34114-DOT | Mary Bowman Willis |
| 12-34115-DOT | Spencer M. Francis and Kirsten E.D. Francis |
| 12-34213-KRH | Lawrence McKinley Green |
| 12-34220-KRH | Shay Lynn Chenault, Sr. |
| 12-34239-KRH | Dawn Marie Koris |
| 12-34257-KRH | Jemarn Bernard Thorpe |
| 12-34266-KRH | Robert Vernon Tipton, Sr. and Barbara Elaine Tipton |
| 12-34319-KRH | Tyra Tennille Oliver |
| 12-34367-DOT | Irvin Andrew Horn and Jeanne Elizabeth Horn |
| 12-34370-DOT | Patricia Ann Atkins |
| 12-34371-KRH | Ernest Lynch Epps |
| 12-34382-KRH | Sandra Faye Pavlovich |
| 12-34437-DOT | Charles Victor Cox and Gwendolyn Johnson Cox |
| 12-34565-KRH | Stephen Owen Mills and Barbara Jean Mills |
| 12-34589-KRH | Thadeous Ericson Joyner, III and Patricia Chalmers Joyner |
| 12-34635-KRH | Valerie Renee Robinson |
| 12-34647-KRH | Lanetta Pressley |

| | |
|---|---|
| 12-34662-KRH | Brucene Olisa Veney |
| 12-34802-DOT | Robert Byron Morris, Jr. and Barbara Lynch Morris |
| 12-34821-DOT | Sonya Gwynne' Muhammad |
| 12-34958-KRH | Steven Pahl Maus and Katherine E. Maus |
| 12-34959-DOT | David Burton, Jr. and Joan Aniece Burton |
| 12-34988-DOT | Stephanie Verna Rudd |
| 12-35087-DOT | Darryl Antron Fitzgerald |
| 12-35225-DOT | George Milton Allen, Jr. and Rosemary Marie Allen |
| 12-35294-KRH | Leone Christine Smithers |
| 12-35299-DOT | Clarence Leroy Bradby and LaKisha Roane Bradby |
| 12-35365-KRH | Maxine Corthina Davis |
| 12-35530-KRH | Cornelious Antonio Wise and Carolyn Denise Wise |
| 12-35573-DOT | Nellie Kellum Burton |
| 12-35605-KRH | Clifton Ridell Baylor and Karin Jutta Baylor |
| 12-35642-KRH | Kevin Michael James and Amber Nichole James |
| 12-35723-DOT | Gregory Todd Farley and Jennifer Anne Farley |
| 12-35730-DOT | Diana Elizabeth Van Winkle |
| 12-35975-DOT | Ruth Pearine Coleman |
| 12-36156-DOT | Brenda Elaine Dozier |
| 12-36163-DOT | James D. Creasy and Bonnie D. Creasy |
| 12-36247-DOT | Paul Richard Kelley, Jr. |
| 12-36287-DOT | Jafar Wali Barakat |
| 12-36306-DOT | JonnieMae Delores Bradshaw |
| 12-36326-KRH | Charles E. Thorpe, Jr. and Jeanette Delorse Thorpe |
| 12-36403-DOT | Vance J. Harris and Renita A. Harris |
| 12-36441-KRH | Donna Marie Johnson |
| 13-30295-KRH | Michael Edward Turner and Keiyana Domineise Turner |