**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:

**Miscellaneous Petition to**
**Substitute Counsel**

**ORDER SUBSTITUTING COUNSEL**

An Omnibus Motion to Substitute Counsel having been filed by the Boleman Law Firm, P.C., counsel for certain parties listed in the court records for the cases listed on Exhibit A, attached hereto, to substitute Patrick T. Keith for Kathryn E. Smits, as counsel of record.  It is hereby

ORDERED that Patrick T. Keith be substituted for Kathryn E. Smits as counsel of record in the cases on the attached list.


Date:  _____                              _____
                                                   United States Bankruptcy Judge


I ask for this:

/s/ Patrick T. Keith   (VSB# 48446)
Patrick T. Keith (VSB# 48446)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

**CERTIFICATION**

1

2

      Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                                            <u>/s/ Patrick T. Keith</u>
                                            Counsel for Debtors

## Cases

| Case No. | Name |
| --- | --- |
| 07-30583-DOT | George Arthur DelConte and Rebecca Jayne DelConte |
| 07-31287-DOT | Alan Bland Drake and Pamela Jarratt Drake |
| 07-32935-DOT | Paul Raymond Frankart and Crystal St. Claire Frankart |
| 07-33657-DOT | John Edward Gerber |
| 07-34193-DOT | Allison Elizabeth Sandlain |
| 07-34339-DOT | Daniel Lee Pettaway and Ericka Nicole Pettaway |
| 07-34578-DOT | William Melvin Stokes and Sherry Hunt Stokes |
| 07-34612-DOT | Stephen E. Clore and Linda M. Clore |
| 07-34825-DOT | Cynthia Diane Brunson |
| 08-30060-DOT | Jason Michael Biscamp and Susan Jeanette Biscamp |
| 08-30063-DOT | David C. Albertson and Cindy W Albertson |
| 08-30657-DOT | Alfred L. Massenburg |
| 08-30688-DOT | Linda Ann Kidd |
| 08-30852-DOT | Bernard Harold Smith and Robin Ann Smith |
| 08-31053-DOT | Erick Brown and Chanta Brown |
| 08-31127-DOT | Michael David Rozier and Darlene Nicole Rozier |
| 08-31641-DOT | James Millard Schmitt and Heather Lynn Schmitt |
| 08-31662-DOT | Edward Lewis and Christine Marie Lewis |
| 08-31768-DOT | Teressa Hope Randolph |
| 08-32468-DOT | Jason Thomas Weakley and Ashley Blair Weakley |
| 08-32555-DOT | Edward R. Schuster and Kathleen L. Schuster |
| 08-32756-DOT | Samir H. Alwaseai and Nabilah A.F. Sakr |
| 08-32771-DOT | Jermaine Lamont Crawley and Letitia Monique Crawley |
| 08-33057-DOT | Sharonda Yvette Jenkins |
| 08-33308-DOT | John Woods, III |
| 08-33345-DOT | David Wayne Grubbs and Mary Lisa Grubbs |
| 08-33452-DOT | Philomina Mammen |
| 08-33713-DOT | Mara Rose Evitts |
| 08-34197-DOT | Katina Maria Pritchett |
| 08-34264-DOT | Bradley Cullen Hudson and Sherry May Hudson |
| 08-34805-DOT | Randy Lee Gunn and Lori Suzanne Gunn |
| 08-34819-DOT | Janet D. LeBron |
| 08-35107-DOT | Valerie Yvette Bigger |
| 08-35245-DOT | Martha Romaine Williams |
| 08-35764-DOT | Tiffany Siobhan Whitehead |
| 08-35773-DOT | Marsha Diane Crawley |
| 08-35865-DOT | Michael Scott Kania and Catherine Anne Kania |
| 08-36251-DOT | Allen Leonard Garrant |
| 08-36398-DOT | Larry Darnell Arrington and Frances James Arrington |
| 08-36550-DOT | Pamela Anita Meredith |
| 08-36570-DOT | Walter Langston Barnes and Sharon Renay Barnes |
| 09-30017-DOT | Anne Brittingham Rivera |

| | |
|---|---|
| 09-30051-DOT | Ermadeen Cornett |
| 09-30161-DOT | Barbara Jewell Kelly |
| 09-30303-DOT | Debbie Lee Strother |
| 09-30348-DOT | Wilda Lee Carr |
| 09-30360-DOT | Joshua Keith Sullivan and Catherine Maria Sullivan |
| 09-30370-DOT | Christopher Michael Andrews and Jenny Lynn Andrews |
| 09-30400-DOT | Thomas Alexander Bland |
| 09-30407-DOT | Veola Lanette Thomas |
| 09-30437-DOT | Kirsten Anita Brown |
| 09-30562-DOT | Ernest Michael Allen and Ellen Muskie Allen |
| 09-30578-DOT | Dennis Joseph Kim and Rhonda Lee Kim |
| 09-30610-DOT | Donald Martin Harvey |
| 09-30728-DOT | Carla Rachelle Smith |
| 09-31027-DOT | Mary Elizabeth Dowds |
| 09-31357-DOT | Howard Sylvester Ramsey and Sandra Darlene Ramsey |
| 09-31427-DOT | Kurt Christian Davis |
| 09-31452-DOT | Michael Robert Dorsey and Carolyn Gayle Dorsey |
| 09-31472-DOT | Leroy Lewis and Renae L. Lewis |
| 09-31498-DOT | Valerie Ellis Meade |
| 09-31519-DOT | Dolores Margaret Pacileo |
| 09-31616-DOT | Darryl Bouvier Greene |
| 09-31623-DOT | Cheryl Marie Hardy Leighton |
| 09-31641-DOT | Linda Kay Anderson |
| 09-31647-DOT | Garry Lynn Keckley |
| 09-31649-DOT | James Michael Szymczak and Helen Elizabeth Szymczak |
| 09-31650-DOT | Sherman Conway Anderson and Betty Elaine Anderson |
| 09-31762-DOT | James Douglas Stokes |
| 09-31763-DOT | Joshua Robert Cusworth and Beverly Matutte Cusworth |
| 09-31815-DOT | Jason Thomas Marshall and Crystal Gentry Marshall |
| 09-31816-DOT | Charles Gordon Cousins |
| 09-32034-DOT | David Charles Marselas |
| 09-32037-DOT | DeShaun Rogers and Melissa Ann Felts |
| 09-32142-DOT | Mary Aileen Allen |
| 09-32143-DOT | Christopher Neal Kues and Brandy Sanders Kues |
| 09-32328-DOT | Alfonso Darnell Smith |
| 09-32400-DOT | Daniel Obadiah Snead and Shirley Ann Snead |
| 09-32529-DOT | Glenn Herbert Slifer and Melissa Kay Slifer |
| 09-32591-DOT | Mike Lee Short and Wendy Luckett Short |
| 09-32714-DOT | Talauna Laquane Barnes |
| 09-32895-DOT | Brandon Matthew McCreedy |
| 09-32958-DOT | James Roger Dabney |
| 09-32964-DOT | Augustine M. Wade and Dinah Angelia Banks-Wade |
| 09-32973-DOT | Nikisha Goode Edmonds |
| 09-32983-DOT | Jennifer Leigh Davis |
| 09-33009-DOT | Barbara E Vaughan |
| 09-33014-DOT | Robert Charles Pauley and April West Pauley |

| | |
|---|---|
| 09-33029-DOT | Edrick Demond Grooms and Erika Rochelle Grooms |
| 09-33056-DOT | Everett Ronald Samuels |
| 09-33106-DOT | Gary Gene Tate |
| 09-33136-DOT | Dennis Michael Hall and Lisa Lea Hall |
| 09-33321-DOT | Randy Thomas Lassiter |
| 09-33426-DOT | Malcolm Darnell Lee and Lakeisha Kelly Lee |
| 09-33582-DOT | Mya Nicole Cousins |
| 09-33614-DOT | James Curtis White and Andrea Michelle White |
| 09-33756-DOT | Robert Frederick Rulof and Kathleen Richmond Rulof |
| 09-33783-DOT | Jerrilyn Uvette Forbes |
| 09-33798-DOT | John F. Peck and Diane R. Peck |
| 09-33890-DOT | Michael Joseph Ziadeh |
| 09-33927-DOT | Joseph Howard Vazquez and Tatyana Karpicheva |
| 09-33948-DOT | Raymond Alexander Lindsey and Shaun Renita Lindsey |
| 09-34039-DOT | Emma Doris Adams |
| 09-34252-DOT | Golda Aku Hector |
| 09-34263-DOT | Eric Demetrius Kee and Christina Renee Kee |
| 09-34268-DOT | Claude Arnold Jarrell |
| 09-34452-DOT | Tinita Coleman Mason |
| 09-34481-DOT | Reginald Levon Stinson and Valerie Lichelle Stinson |
| 09-34681-DOT | Jackie Darlene Robinson-Randall |
| 09-34758-DOT | Tony Jack Hurt |
| 09-34795-DOT | Stephanie Temika Small |
| 09-34859-DOT | Linda Johanna Partridge |
| 09-34976-DOT | Karen Burgess Logan |
| 09-34989-DOT | Brandon Dale Martin and Margaret Allen Martin |
| 09-35074-DOT | Pamela Aron Stebbins |
| 09-35086-DOT | Mario Depree Wilson and Cynthia Melissa Wilson |
| 09-35103-DOT | Jerome Brown and Zatima Lanasia Brown |
| 09-35201-DOT | Sandra Joanne Jordon |
| 09-35457-DOT | Kim Marie Jenkins |
| 09-35685-DOT | Scott Anthony Johnson and Melody Michelle Johnson |
| 09-35709-DOT | Marc Thomas Riccio and Michele Linn Riccio |
| 09-35755-DOT | Sheila Gilchrist Booker |
| 09-35789-DOT | Lewis Thomas Wright and Bertha Mae Wright |
| 09-35807-DOT | Ikaya Childs Parker |
| 09-35839-DOT | Wanda Lee Burrell |
| 09-35876-DOT | Samina Nasim Ali |
| 09-36004-DOT | Ivory Paul Blackman and Catherine Darlene Blackman |
| 09-36063-DOT | Dwayne Erickson Gardner |
| 09-36133-DOT | Clinton Dale Outlaw and Amy Lorraine Outlaw |
| 09-36134-DOT | Derrick Lamont Christopher and Verna Belinda Christopher |
| 09-36220-DOT | Thomas William O'York |
| 09-36254-DOT | John Allen Wright and Patricia Ashley Wright |
| 09-36261-DOT | Malcolm Owen Kindley and Paula Bungard Kindley |
| 09-36438-DOT | Shelby Deodus Simmons and Janice Alieen Simmons |

| | |
|---|---|
| 09-36471-DOT | Gregory Wayne Palmore |
| 09-36482-DOT | Robert Daryl Barlowe and Shameika Ann Barlowe |
| 09-36494-DOT | Brigitte Terrell Williams-Jackson |
| 09-36505-DOT | Christina Lynn Butler |
| 09-36506-DOT | Anna Laquawn Ferrell |
| 09-36564-DOT | Adriane Chantae Gross |
| 09-36604-DOT | Dennis Allen Williams |
| 09-36662-DOT | Steven Vincent Klein and Lorraine Wade Klein |
| 09-36690-DOT | Douglas Eugene McPherson and Betty Claudette McPherson |
| 09-36698-DOT | Robert John Gerber and Natasha Rechelle Gerber |
| 09-36719-DOT | Donald Scott Keller and Betty Jean Keller |
| 09-36765-DOT | Carolyn Zimmerman Barnes |
| 09-36767-DOT | David Leland Jones and Margaret Pompey Jones |
| 09-36860-DOT | Antoine Lamont Borum |
| 09-37013-DOT | Johnny Freeman Stokes, Jr. and Bonnie Sue Stokes |
| 09-37082-DOT | Gerald Tyrone Everett and Karen Darlene Everett |
| 09-37130-DOT | Carol Devone Jones |
| 09-37149-DOT | Robert Ryan Cosner |
| 09-37161-DOT | Flora Brown Walker |
| 09-37277-DOT | Gregg Thomas Wells and Elizabeth Maureen Wells |
| 09-37295-DOT | Christopher Hugh Jones |
| 09-37312-DOT | Ronnie Clyde Anders and Victoria Ann Anders |
| 09-37342-DOT | Margaret Sutton Hardesty |
| 09-37359-DOT | Tonya Harris Johnson |
| 09-37433-DOT | Alan Todd Buttram |
| 09-37483-DOT | Timothy Dwight Stone and Ma Rosalee Dungca Stone |
| 09-37499-DOT | William Jackson Hall and Terry Pendleton Hall |
| 09-37559-DOT | Clatrina Raecene Monroe |
| 09-37688-DOT | Stanley Alexander Pegram |
| 09-37901-DOT | Robert Harris Hudgins |
| 09-37909-DOT | Calvin McIntyre and Alfie McNeill McIntyre |
| 09-37934-DOT | James Lee Adams and Joy Denise Adams |
| 09-38018-DOT | Gary Keith Young and Kimberly Dawn Young |
| 09-38047-DOT | Steven Raymond Bateson |
| 09-38077-DOT | Eric Antonio Coleman |
| 09-38094-DOT | Richard Charles O'Connor and Sheila Chrissetta O'Connor |
| 09-38098-DOT | Michael Edward Rodriguez and Kim Terry Rodriguez |
| 09-38104-DOT | Christopher Sterling Webber |
| 09-38259-DOT | Ronald Lee Leitch |
| 09-38452-DOT | James Frederick Lee |
| 10-30014-DOT | William Isaac Riley |
| 10-30080-DOT | Stephen Anthony Broughman and Eileen Bailey Broughman |
| 10-30099-DOT | Darrell Douglas Thompson and Joan Teresa Thompson |
| 10-30197-DOT | Kelvin Edsel Booker and Pamala Lynn-Goin Booker |
| 10-30256-DOT | Marjid Zachery Custalow and Judy Arlene Taylor-Custalow |
| 10-30294-DOT | James Deloatch and Mildred Young Deloatch |

| | |
|---|---|
| 10-30384-DOT | Anna Maria Tillman |
| 10-30474-DOT | Aisha Danielle Scott |
| 10-30627-DOT | Kiwana Tomicha Wingo |
| 10-30649-DOT | Robert Stanley Taylor and Arthelia Juanita Taylor |
| 10-30673-DOT | Robert Edward Winston and Maude Curtis Winston |
| 10-30913-DOT | Musoke Wilberforce Kijambu and Mary Ann Kijambu |
| 10-31033-DOT | Christopher Russell Konschak |
| 10-31036-DOT | Nikhat Kaisar Eqbal |
| 10-31116-DOT | Leslie Eileen Walker |
| 10-31187-DOT | Carolyn Patterson Fowlkes |
| 10-31207-DOT | Timothy John Anderson and Susan Gail Anderson |
| 10-31246-DOT | Roderick John Stephens and Vicki S. Gleason-Stephens |
| 10-31433-DOT | Elbert Vincent Best |
| 10-31523-DOT | William Decarlo Parham and Lakesha Kayandre Parham |
| 10-31646-DOT | Howard Leslie Clements and Deborah Stallworth Clements |
| 10-31649-DOT | Jeffrey Arnold Green and Linda Miller Green |
| 10-31675-DOT | Esther Margaret McClatchie |
| 10-31696-DOT | Linda Wray Inge |
| 10-31736-DOT | Robert Thomas Samuels and Kimberley Patteson Samuels |
| 10-31920-DOT | Patty Ruth Lee |
| 10-31977-DOT | Timothy James Beem and Carla Antonette Beem |
| 10-32018-DOT | Felicia Ann Boles |
| 10-32089-DOT | Linda Lorena Nelson |
| 10-32119-DOT | Deborah Bonita Silver |
| 10-32127-DOT | William Lawrence Spicuzza and Katya Shoemaker Spicuzza |
| 10-32234-DOT | Anthony Lloyd Gray |
| 10-32242-DOT | Mauricio Antonio Tovar and Frances Elizabeth Tovar |
| 10-32296-DOT | Mary Gail Gordon |
| 10-32426-DOT | Arthur Jerome Johnson |
| 10-32576-DOT | Kinley Eugene Hill and Debra Michelle Hill |
| 10-32601-DOT | Rosemary Holland |
| 10-32679-DOT | Deborah Johnson Hunt |
| 10-32710-DOT | Daniel Joseph Wenter and Virginia Kaye Wenter |
| 10-32711-DOT | William Thomas Moseley |
| 10-32776-DOT | Geoffrey Michael Boggs and Lori Sue Boggs |
| 10-32815-DOT | Graham Hudnall Lang and Lee Ann Lang |
| 10-32818-DOT | Merri Louise Faulkner |
| 10-32925-DOT | Lee Andrew Pegram |
| 10-32999-DOT | Stevenson Harris |
| 10-33186-DOT | Charles Andrew Watson and Hazel Deloris Watson |
| 10-33195-DOT | Richard Glen Taylor |
| 10-33206-DOT | Corey Perry Coleman and Jernaya Roshell Coleman |
| 10-33226-DOT | Frank Keith Moore and Daisy Lee Moore |
| 10-33251-DOT | Charles Henry Price and Nichole Stephens Price |
| 10-33452-DOT | Charles Lovell Younger and Latrese Dashawn Younger |
| 10-33460-DOT | Sharlene Lavern Brown |

| | |
|---|---|
| **10-33486-DOT** | **Steven Alvin Wright** |
| **10-33556-DOT** | **Valarie Lynnice Reed** |
| **10-33594-DOT** | **Kenneth M. Catlett** |
| **10-33604-DOT** | **Jennifer Jackson Christman** |
| **10-33645-DOT** | **Joseph Anthony Rhoads and Heather Ann Rhoads** |
| **10-33673-DOT** | **Shawn Lindbergh Brown and Monica Tamara Sharper-Brown** |
| **10-33867-DOT** | **Kenneth Branch** |
| **10-33873-DOT** | **Stanley C. Fauntleroy** |
| **10-33968-DOT** | **Tasha Diane Brown** |
| **10-34075-DOT** | **Matthew Nathaniel Hawthorne and Kellie Larissa Johnston** |
| **10-34125-DOT** | **John Angelo Karidis** |
| **10-34142-DOT** | **Antonio Pamplin and Darlene Pamplin** |
| **10-34273-DOT** | **Zachary Robert Pauley** |
| **10-34292-DOT** | **Denise Linda Gittens** |
| **10-34330-DOT** | **Lavar Winfield Ross and LaToya Rochelle Ross** |
| **10-34411-DOT** | **John Lennox Bagby** |
| **10-34678-DOT** | **Jeffrey Wayne Manoley** |
| **10-34701-DOT** | **Doranda Davette Scott** |
| **10-34710-DOT** | **Judith Lorraine Jones** |
| **10-34920-DOT** | **Paul Seemiller** |
| **10-34944-DOT** | **Linda Bourne Hall** |
| **10-34959-DOT** | **Wendy Renae Alston** |
| **10-35013-DOT** | **Michael Anthony Lee and Tracy LaVonne Lee** |
| **10-35114-DOT** | **Phil Mosley** |
| **10-35161-DOT** | **Cynthia Hale Ethridge** |
| **10-35352-DOT** | **Keshia Champion Anderson** |
| **10-35376-DOT** | **Teneva Dione Chambers** |
| **10-35380-DOT** | **Charles Marcus Lohr and Tonya Lynette Lohr** |
| **10-35419-DOT** | **Jeanne Carol Wetherell** |
| **10-35561-DOT** | **Clifton James Ashley and Becky Lynn Ashley** |
| **10-35567-DOT** | **Milton Lee Taylor** |
| **10-35590-DOT** | **Fredrick Everette Heller and Tammy Newman Heller** |
| **10-35707-DOT** | **Kenneth Carlton Davis** |
| **10-35848-DOT** | **Alma Patricia Wilkerson** |
| **10-35873-DOT** | **Elicia Rene Carey** |
| **10-35991-DOT** | **Keith Lamont Marrow** |
| **10-36048-DOT** | **Tera Michelle Hall** |
| **10-36080-DOT** | **David Ray Reed and Kia K. Reed** |
| **10-36151-DOT** | **Krystal Lanee King** |
| **10-36248-DOT** | **Ramona Nicole White** |
| **10-36257-DOT** | **John Marvin Revis and Danna Lynne Revis** |
| **10-36344-DOT** | **Nadine Sandra Glasco** |
| **10-36595-DOT** | **Marsha Kay Carter** |
| **10-36602-DOT** | **Paulette Yvonne Crowder** |
| **10-36633-DOT** | **Joseph Dillon Lowrie and Rebecca Dawn Lowrie** |
| **10-36646-DOT** | **Carlton William Barley and Sheila Barley** |

| | |
|---|---|
| **10-36690-DOT** | **Valerie Denise Holmes** |
| **10-36835-DOT** | **Kevin Bradly Bowman** |
| **10-36839-DOT** | **David Michael Lewis and Rhoda Virginia Lewis** |
| **10-36845-DOT** | **April Nichole Green** |
| **10-36926-DOT** | **Erik Shane Dillon and Casey Dillon** |
| **10-36937-DOT** | **Yvetta Rene' Drayton** |
| **10-36960-DOT** | **Joseph Croxton Parker and Lucille Rice Parker** |
| **10-36976-DOT** | **Veronica Lynette Cosby** |
| **10-37182-DOT** | **Robert Wayne Haller and Maria Jean Haller** |
| **10-37212-DOT** | **Gay Cassandra Bass** |
| **10-37220-DOT** | **Steven Charles Hawkins and Sandy Lynn Hawkins** |
| **10-37346-DOT** | **Louis Grignion Massett and Amber Marie Massett** |
| **10-37427-DOT** | **Michael Anthony Johnson** |
| **10-37493-DOT** | **David L. Cole and Brenda Susan Cole** |
| **10-37539-DOT** | **Scott David Barr and Jessica Nichole Barr** |
| **10-37615-DOT** | **Willmoth Patris Horsford and Jackie Shirlee Horsford** |
| **10-37652-DOT** | **Tomeka Monique Braxton** |
| **10-37660-DOT** | **Cynthia Ann Conour** |
| **10-37686-DOT** | **Sheila Cook Horton** |
| **10-37796-DOT** | **Marvin Everett Mallory and Gloria Arlene Mallory** |
| **10-37902-DOT** | **Mary Rose Brown** |
| **10-37903-DOT** | **Stephen M. Kephart** |
| **10-37920-DOT** | **Robert Hughes** |
| **10-37945-DOT** | **Edward Emanuel Forbin and Ileana Halphen-Forbin** |
| **10-38574-DOT** | **Kenneth Otto Bundy and Birdie Madeline Bundy** |
| **10-38661-DOT** | **Lunette Ursula Crawley** |
| **11-30032-DOT** | **Lottie Jones Cook** |
| **11-30654-DOT** | **Estelle Samuels Coles** |
| **11-30853-DOT** | **Alfonria Harper and Sandra Harper** |
| **11-30911-DOT** | **Jerry Lee Washington** |
| **11-30933-DOT** | **Datius Emmanuel Young and Renee Moss Young** |
| **11-31356-DOT** | **Robert Jay Pleasants, Sr. and Cynthia Vanessa Pleasants** |
| **11-31863-DOT** | **Nicole Michelle Miller** |
| **11-32045-DOT** | **Britanica Shaun Jones** |
| **11-32342-DOT** | **Norman Timothy Watson and Hope L Pryor-Watson** |
| **11-32599-DOT** | **Kevin Jermaine West** |
| **11-33074-DOT** | **Carl Mason Spencer and Sheila Ann W Spencer** |
| **11-33188-DOT** | **Maurice Delaney Woods and Alice Lee Woods** |
| **11-33272-DOT** | **Willona Annette Walker** |
| **11-33480-DOT** | **Derrick Sylvester Marshall and Ruth Loretta Marshall** |
| **11-33595-DOT** | **Jaymes Elizabeth Whitehead-Urquhart** |
| **11-33679-DOT** | **Edna Lee Hardy** |
| **11-33710-DOT** | **Jeffry Alan Ruhlin and Johanna Rebecca Ruhlin** |
| **11-34158-DOT** | **Phillip Hill Bullard and Cynthia Phillips Bullard** |
| **11-34223-DOT** | **Earnest Warren Harris and Evelyn Willnette Morris-Harris** |
| **11-34330-DOT** | **Wilbert Alfonzo Harrison and Joyceann Green Harrison** |

| | |
|---|---|
| 11-34387-DOT | Chiante Rochelle Wester |
| 11-34633-DOT | Cynthia Mobley Garner |
| 11-34914-DOT | Leah Uleece Underwood |
| 11-34962-DOT | Daniel Durrell Alexander |
| 11-34963-DOT | Shaunita Letitia Freeman |
| 11-35254-DOT | Michael Robert DeRemer and Cathy Lynn DeRemer |
| 11-35344-DOT | Peter Michael Kaufman |
| 11-35585-DOT | Raymond Earl McCann |
| 11-35671-DOT | Shelly Banks Winfield |
| 11-35817-DOT | Jo Ann Gaskin |
| 11-35963-DOT | Travis Lavelle Coleman and Traci Monet Coleman |
| 11-36089-DOT | Gevaise Kennon Alexander |
| 11-36208-DOT | Michelle Mae Gunn |
| 11-36254-DOT | Altha Shaphone Battle |
| 11-36481-DOT | Celita Delaine Thomas |
| 11-36508-DOT | Robert Stephonds Hayes and Ethel Jean Hayes |
| 11-36521-DOT | Tomika Michele Thomas |
| 11-36746-DOT | Kathy Lynn Farrar |
| 11-36783-DOT | James Austin Beulah |
| 11-36788-DOT | Beryol Fay Gracia |
| 11-36986-DOT | Orlon Lee Jackson |
| 11-37024-DOT | Sabrina Maria Muhammad |
| 11-37086-DOT | Robyn Michelle Hardy |
| 11-37159-DOT | Latisha Nicole McDonald |
| 11-37758-DOT | Roberta Ann Winston |
| 11-37795-DOT | James Michael Epps and Peggy Ann Epps |
| 11-37832-DOT | Gary Lawson |
| 11-38113-DOT | Bonita Selina Smith-Cain |
| 11-38159-DOT | Gregory Bryan Rowsey and Sharon Gay Rowsey |
| 12-30027-DOT | Chana Rochelle Carter |
| 12-30042-DOT | Joseph Alexander Tucker, Jr. and Tammy Pandora Tucker |
| 12-30093-DOT | Carolyn A. Curry |
| 12-30150-DOT | Janice Marie Koss |
| 12-30692-DOT | DeLomia LaShawn Gilliard |
| 12-30754-DOT | Michael Theodore Patterson |
| 12-30789-DOT | Wayne Scott Barlow, Jr. and Nicole Lynn Barlow |
| 12-31194-DOT | Ronald Clarence Butts |
| 12-31421-DOT | Martha Weaver Stearnes |
| 12-31574-DOT | William Dwight Spruill |
| 12-32040-DOT | Calvin Lester Dyer |
| 12-32373-DOT | Robert Lee Ferrell |
| 12-32485-DOT | James Michael Dean and Monique Tyler Dean |
| 12-32793-DOT | Ricky Leon Creer |
| 12-33448-DOT | Patrick Lee Jones and Cynthia Leigh Jones |
| 12-33631-DOT | Clinton Maurice Owens and Debra Williams Owens |
| 12-33694-DOT | Bertha Barbour Derricott |

| | |
|---|---|
| **12-33773-DOT** | **Jeramy Rick Sibley** |
| **12-33802-DOT** | **Lyniece Yvette Smith** |
| **12-33857-DOT** | **David Leon Dabney and Patricia Dianne Dabney** |
| **12-34114-DOT** | **Mary Bowman Willis** |
| **12-34115-DOT** | **Spencer M. Francis and Kirsten E.D. Francis** |
| **12-34367-DOT** | **Irvin Andrew Horn and Jeanne Elizabeth Horn** |
| **12-34370-DOT** | **Patricia Ann Atkins** |
| **12-34437-DOT** | **Charles Victor Cox and Gwendolyn Johnson Cox** |
| **12-34802-DOT** | **Robert Byron Morris, Jr. and Barbara Lynch Morris** |
| **12-34821-DOT** | **Sonya Gwynne' Muhammad** |
| **12-34959-DOT** | **David Burton, Jr. and Joan Aniece Burton** |
| **12-34988-DOT** | **Stephanie Verna Rudd** |
| **12-35087-DOT** | **Darryl Antron Fitzgerald** |
| **12-35225-DOT** | **George Milton Allen, Jr. and Rosemary Marie Allen** |
| **12-35299-DOT** | **Clarence Leroy Bradby and LaKisha Roane Bradby** |
| **12-35573-DOT** | **Nellie Kellum Burton** |
| **12-35723-DOT** | **Gregory Todd Farley and Jennifer Anne Farley** |
| **12-35730-DOT** | **Diana Elizabeth Van Winkle** |
| **12-35975-DOT** | **Ruth Pearine Coleman** |
| **12-36156-DOT** | **Brenda Elaine Dozier** |
| **12-36163-DOT** | **James D. Creasy and Bonnie D. Creasy** |
| **12-36247-DOT** | **Paul Richard Kelley, Jr.** |
| **12-36287-DOT** | **Jafar Wali Barakat** |
| **12-36306-DOT** | **JonnieMae Delores Bradshaw** |
| **12-36403-DOT** | **Vance J. Harris and Renita A. Harris** |